**Order entered February 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00769-CV**

**LARRY K. ANDERS, Appellant**

**V.**

**CROSSFIRST BANK, A KANSAS STATE BANK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05551-2018**

**ORDER**

Before the Court is appellee's February 25, 2022 unopposed motion to extend time to file its brief. We **GRANT** the motion. We **ORDER** appellee's brief be filed no later than April 6, 2022.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE